1  RODI POLLOCK PETTKER CHRISTIAN
   & PRAMOV, A Law Corporation
2  PATRICK J. CAIN (SBN 105331)
   444 South Flower Street, Suite 1700
3  Los Angeles, California 90071-2901
   Telephone: (213) 895-4900
4  Facsimile: (213) 895-4921

5  Attorneys for Defendant
   DYNCORP INTERNATIONAL LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RUSSELL McCALLUM,<br><br>          Plaintiff,<br><br>vs.<br><br>DYNCORP INTERNATIONAL LLC;<br>a Delaware Limited Liability<br>Corporation; and DOES 1 through 100,<br>inclusive,<br><br>          Defendants. | CASE NO. 2:07-CV-00727-LKK-EFB<br><br>**STIPULATION AND ORDER RE; FIRST AMENDED ANSWER TO COMPLAINT**<br><br>ACTION FILED:   October 26, 2006<br>TRIAL DATE:     July 7, 2009 |

STIPULATION

Acting by and through their counsel of record, and subject to the Court's approval, the parties stipulate and agree as follows:

1.   Defendant DynCorp International LLC ("DI") wishes to file a first amended answer to the complaint filed by plaintiff Russell McCallum. A true and correct copy of the proposed first amended answer is attached as Exhibit A. DI's original answer, filed while this matter was pending in state court, consisted of a general denial and affirmative defenses. Other than responding specifically to each paragraph of the complaint (rather than employing a general denial) as is required in federal court, the enclosed answer differs from DI's original answer only in the

325542.1

addition of two affirmative defenses: (1) failure to mitigate damages (the new eighth affirmative defense); and (2) that Mr. McCallum could not do his job without endangering himself (the new ninth affirmative defense).

2. Mr. McCallum stipulates to the filing of DI's proposed first amended answer.

3. The filing of the first amended answer will not affect any of the scheduling deadlines set forth in this Court's Status (Pretrial Scheduling) Conference Order dated June 27, 2007, nor will the filing of the first amended answer otherwise impact the progress of this matter.

4. The parties request that the Court approve this stipulation.

DATED: October _16, 2007    RODI POLLOCK PETTKER CHRISTIAN & PRAMOV, A Law Corporation

By: /s/
PATRICK J. CAIN
Attorneys for Defendant
DYNCORP INTERNATIONAL LLC

DATED: October 16, 2007    THE LAW OFFICES OF LEO F. DONAHUE, INC.

By: /s/
LEO F, DONAHUE
Attorneys for Plaintiff
RUSSELL McCALLUM

## ORDER

Based upon the foregoing stipulation, and good cause appearing therefor, the Court ORDERS as follows:

1. The parties' stipulation is approved, and the first amended answer of DI is deemed filed and served as of the date of this order.

325542.1

2

STIPULATION AND [Proposed] ORDER RE; FIRST AMENDED ANSWER TO COMPLAINT

2. The filing of DI's first amended answer shall not affect any of the scheduling deadlines set forth in this Court's Status (Pretrial Scheduling) Conference Order dated June 27, 2007.

At Sacramento, California, this 18th day of October, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT