1 │ Leo F. Donahue, Esq. - SB#114484
  │ LEO F. DONAHUE, INC.
2 │ 11344 Coloma Road, Suite 160
  │ Gold River, California 95670
3 │ Tel: (916) 859-5999
  │ Fax: (916) 859-5984
4 │ donahue@lfdlaw.net

5 │ Attorney for Plaintiff
  │ RUSSELL McCALLUM

6 │

7 │

8 │                UNITED STATES DISTRICT COURT

9 │                EASTERN DISTRICT OF CALIFORNIA

10 │

11 │ RUSSELL McCALLUM,              )    CASE NO.2:07-CV-00727-LKK-EFB
   │                               )
12 │         Plaintiff,            )    **STIPULATION AND ORDER OF**
   │                               )    **DISMISSAL**
13 │ v.                            )
   │                               )
14 │ DYNCORP INTERNATIONAL LLC; a  )
   │ Delaware Limited Corporation; )
15 │ and DOES 1 through 100,       )
   │ inclusive,                    )
16 │                               )
   │         Defendants.           )
17 │ _____ )

18 │

19 │

20 │

21 │

22 │     IT IS STIPULATED between the parties and the Court may order

23 │ that:

24 │     1.   The parties have come to a full settlement of all

25 │          issues concerning the complaint which has been

26 │          memorialized in a Settlement Agreement;

27 │     2.   Each party will bear its own attorneys fees and costs;

28 │          and,

**STIPULATION AND ORDER OF DISMISSAL**     1                          rm014.pld

1      3.   The case, in its entirety, may be dismissed with

2           prejudice.

3  Dated: October 15, 2008         LEO F. DONAHUE, INC.

4

5                                  s/Leo F. Donahue
                                   LEO F. DONAHUE, Esq.
6                                  Attorney for Plaintiff,
                                   RUSSELL McCALLUM
7

8  Dated: October 15, 2008         RODI POLLOCK PETTKER CHRISTIAN &
                                   PRAMOV, A Law Corporation
9

10

11                                 s/ Patrick J. Cain
                                   PATRICK J. CAIN, Esq.
12                                 Attorney for Defendant,
                                   DYNCORP INTERNATIONAL LLC
13

14

15      IT IS SO ORDERED.

16

17      Dated: October 17, 2008.

18

19

20      _____
        LAWRENCE K. KARLTON
21      SENIOR JUDGE
        UNITED STATES DISTRICT COURT
22

23

24

25

26

27

28

**STIPULATION AND ORDER OF DISMISSAL**      2                    rm014.pld